RUAN *vs.* GUNN.

COMPLAINT, FROM HOUSTON.   Principal and Agent.   Factors.   Vendor and Pur-
chaser.   Sales.   (Before Judge Kibbee.)

Hall, J.—If a factor sells in his own name as owner, and does not
disclose his principal, but acts ostensibly as the the real owner himself,
although the principal may afterwards bring his action on the contract
against the purchaser, yet if the latter *bona fide* dealt with the factor
as owner, he will be entitled to set off any claim he may have against
the factor in answer to the demand of the principal. 2 Kent Conn, 632.
and cit.; Code, §2204.

(a ) The evidence sustains the verdict, and there was no abuse of
discretion in refusing to set it aside.

Judgment affirmed.

Dessau & Bartlett, for plaintiff in error.

Hardeman & Davis;   A. L. Miller, for defendant.